DATE: 07/14/2015       PENNSYLVANIA CONTINUING LEGAL EDUCATION      PAGE: 1
TIME: 15:24:08                NON-COMPLIANT LAWYERS             USER ID:
jilgenfr

                                   ACTIVE

                                                        REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312014 GROUP 3, REINST FEE ASSESSED

---

Philadelphia
      80329  Angelo, Christopher J.
    205499  Arreola, Ramon Alexander
    204314  Asselin, Peter Richard
     78252  Baccari, Robert Joseph
     79122  Bakker, Jeanne L.
     22616  Baritz, Kenneth Lee
    306857  Beck-Coon, Benjamin Philip
    308371  Bond, Robert
     66683  Boris, Anthony James
     73546  Brand, Robert P.
    313304  Browne Jr., Craig C.
     85306  Chisholm II, Donald
     79570  Clark, Jonathan A.
     35452  Cohen, David Louis
     69869  Cohen, Elliot Marc
     37162  Connor, William M.
     77822  Corkery, Nicole
    209228  Decktor, Michael Philip
     86160  Delaney, Barbara Lenore
     87631  Driscoll, Raymond C.
     82641  Eagles, Michael Joseph
     86652  Fisher, Edward T.
     83175  Forchetti, Stacy Therese
     89116  Fox, Christopher Michael
     38485  Foxwell, Robin
    307142  Gainer, David Jeffrey
     82393  Gallucci Jr., Richard D.
     92057  Galvin, Carey Elizabeth Grace
     46609  Gicking, James William
     27798  Gold, Richard Jay
     82983  Gossett Jr., George
     86691  Grady Jr., John H.
     52372  Hall, Clayton
     53356  Harrington, Catherine Nora
     43842  Haywood III, Arthur L.
     87797  Hunter, Raymond Jon
     34466  Innelli, John Francis
     76480  Karabell, Emmalynn Espejo
     53775  Keenan, Patrick J.
     88823  Klein, Joshua Thomas
     90373  Kurzweg, Jennifer Miller
     87193  Leonard, Ryan Lane
    207438  Lesinski, Timothy Andrew
     57077  Lewis, Jane Elizabeth
    313714  Mancuso, Kristin Marie
     84960  Manos, Pauline J.
     45553  Michel Jr., H. John
     39879  Michniak, Andre
     84861  Mildenberg, Brian R.
     62438  Millstein, Edward W.
     90137  Mirarchi, Joseph Q.
     82542  Murland, Brian Lee
     94142  Newcomb, Jonathan P

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312014 GROUP 3, REINST FEE ASSESSED

---

Philadelphia( Continued )        76538  O'Brien, Daniel P.
                                204267  Penn, Edith Marie
                                 38127  Perelman, Donald Louis
                                 38490  Perlman, Jeffrey L.
                                 54956  Perry Jr., William Anthony S.
                                 66849  Raynor Jr., Earl DuBois
                                 64987  Rodgers, Adam J.
                                310289  Rooney V, John Francis
                                203758  Rueckmann, Kirk Dieter
                                 94783  Schiffman, Caren Michelle
                                 72537  Schober, Henry William
                                 25154  Sere, George Morris
                                 91744  Shapson, Stephanie Jill
                                 34629  Shrager, Ira B.
                                 36859  Simms III, William F.
                                 53615  Smith, Gary Arlen
                                314450  Takai, Alexandra
                                 74881  Toliver, Walter
                                 60270  Tucci, Allen Charles
                                310107  Walsh, James John
                                 40688  Weinberg, Philip I.
                                310287  Welbeck, Timothy Nii-Okai
                                 61522  Wilson, Christopher S.
                                 84723  Young, Heather D.
                                207440  Zabielski, Stephen G.

PENNSYLVANIA CONTINUING LEGAL EDUCATION
NON-COMPLIANT LAWYERS

PAGE: 3
USER ID:

ACTIVE

REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312014 GROUP 3, REINST FEE ASSESSED

Lancaster

| | |
|---|---|
| 90762 | Kelly, Matthew Timothy |
| 313207 | Moyer, Philip Lauran |
| 07012 | Templeton, Jere P. |
| 20072 | Wolman, James D. |

DATE: 07/14/2015          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 4
TIME: 15:24:08                    NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr
                                      ACTIVE

                                                                          REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312014 GROUP 3, REINST FEE ASSESSED

---

Northampton                        60473  Aaroe, Nancy Gasper

DATE: 07/14/2015       PENNSYLVANIA CONTINUING LEGAL EDUCATION       PAGE: 5
TIME: 15:24:08           NON-COMPLIANT LAWYERS           USER ID:
jilgenfr

                          ACTIVE

                                                     REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312014 GROUP 3, REINST FEE ASSESSED

---

Allegheny

| | |
|---|---|
| 200202 | Abramovitz, Kevin |
| 207552 | Arnold, Kelly L |
| 30441 | Berry, Cynthia Kay Sychak |
| 89161 | Boris, Thomas Joseph |
| 67553 | Burket, Lowell Eugene |
| 67348 | Crocker, Christine S. |
| 70615 | Daffner, Marc David |
| 88853 | Duff, Sean Patrick |
| 43243 | Fadzen Jr., Robert S. |
| 56705 | Fantini, Anthony R. |
| 56428 | Fedel, Lionel C. |
| 63212 | Filek Jr., R. Rudy |
| 37950 | Gallagher, Kathleen A. |
| 205587 | Giaramita, Anthony Joseph |
| 307602 | Gyory, Emily Fullerton |
| 313276 | Johnson, Jenell S. |
| 86036 | Junker, Robert Michael |
| 22838 | Krzton, William T. |
| 208325 | McCrimmon, Samuel Ian |
| 307697 | McGrann, Owen Jacob |
| 82098 | McKay, Peter W. |
| 85559 | Menchyk, Sharon M. |
| 22104 | O'Brien, Timothy P. |
| 31242 | O'Hanlon, Paul William |
| 83097 | Renda, John Anthony |
| 73015 | Rivetti, Daniel L. |
| 203348 | Rogel, William Francis |
| 62466 | Scanlon, Kelly L. |
| 314846 | Schafer, Nicholas Justin |
| 82581 | Schock, Marnie Sue |
| 19965 | Smith, Charles R. |
| 58032 | Stephen, John W. |
| 40436 | Sunseri, Gusty A. E. |
| 205126 | Tomasic, Timothy Nicholas |
| 43715 | Weiers Jr., Thomas Edwards |
| 70514 | Yun-Stemmler, Judith M. |
| 87268 | Zhang, Heidi |

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312014 GROUP 3, REINST FEE ASSESSED

---

Erie                              56206   Angelone, Anthony

DATE: 07/14/2015      PENNSYLVANIA CONTINUING LEGAL EDUCATION      PAGE: 7
TIME: 15:24:08           NON-COMPLIANT LAWYERS             USER ID:
jilgenfr

ACTIVE

REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312014 GROUP 3, REINST FEE ASSESSED

---

Bucks

| | |
|---|---|
| 45637 | Baun, David Albert |
| 92705 | Eves, Brian Christopher |
| 64057 | Foster, Micheal Thomas |
| 80158 | Hunt, Tracy Paul |
| 207006 | Kimmelman, Elizabeth H. |
| 68626 | Lepping, Sharon Ann |
| 54392 | Morley, Jacqueline M. |
| 69721 | Simon, Mark Douglas |
| 50113 | Thurston, Robert Craig |

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312014 GROUP 3, REINST FEE ASSESSED

Northumberland                    17751  Mychak, Michael F.

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312014 GROUP 3, REINST FEE ASSESSED

---

Cumberland                        78243   Davidson, Keirsten W.
                                  39702   Gutshall, Charles Emory
                                  27756   Lane, William B.
                                  52462   Lewis, Robin Marie
                                  76583   Lucido, Anthony
                                  31699   Murray, Joseph F.
                                  01597   Rupp Jr., Herbert G.
                                  56854   Walker, Byron Francis
                                  32522   York, Thomas Brian

TIME: 15:24:08                    NON-COMPLIANT LAWYERS                      USER ID:
jilgenfr

                                      ACTIVE

                                                                          REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312014 GROUP 3, REINST FEE ASSESSED

---

Westmoreland                       82791   DiIanni, Luigi Gaspare
                                  306662   Kleeh, Beth Anna
                                   86890   Klingensmith, Robert C.
                                   39078   Morrison, Steven Laine
                                   92554   Teslovich, Cara Davis

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312014 GROUP 3, REINST FEE ASSESSED

Luzerne                              90206   Clinton, Mark J.
                                     89408   Jones, Michael Charles
                                    200886   Tenenbaum, Jonathan David
                                     92320   Ursiak, Jonathan Douglass
                                     75276   Williams II, Thomas D.

DATE: 07/14/2015          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 12
TIME: 15:24:08                    NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr

                                      ACTIVE

                                                                          REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312014 GROUP 3, REINST FEE ASSESSED

---

Dauphin                          07049   Bricker Jr., Harry L.
                                 52654   Coates, Karen Smith
                                 68745   Jackson-DeGarcia, Jacqueline E.
                                313436   Parrish, Jason Douglas
                                 10625   Rosen, Lawrence J.
                                 79269   Royer, Matthew Brent
                                 79412   Russell, Richard G.
                                 87588   Scalia, Christopher Michael
                                 66360   Wolf, Carolyn D.

DATE: 07/14/2015          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 13
TIME: 15:24:08                    NON-COMPLIANT LAWYERS                  USER ID:
jilgenfr

                                        ACTIVE

                                                                        REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312014 GROUP 3, REINST FEE ASSESSED

---

Greene                          207226   Vanata, Brianna Christine

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312014 GROUP 3, REINST FEE ASSESSED

Fayette                              206972   Gallo, Michael Christopher
                                     312944   McLaughlin, Craig

DATE: 07/14/2015          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 15
TIME: 15:24:08                    NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr

                                      ACTIVE

                                                                          REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312014 GROUP 3, REINST FEE ASSESSED

---

Chester

| | |
|---|---|
| 88416 | Baranski, Jason Edward |
| 86716 | Bartholf, David J. |
| 91794 | Brogley, William Paul |
| 78639 | DiSabatino, David M. |
| 62392 | Flaherty, Mary R. Catherine |
| 202435 | Fredericks, Kristi Ann |
| 48035 | Growney, Scott Inglis |
| 21380 | Hart, Bruce |
| 205957 | Jacono, Mary Kathleen |
| 203818 | Janis, Joshua Adam |
| 02988 | Larkin, K. Herzog |
| 69873 | Lewis, Stephani |
| 88982 | Luxton, Janet L. |
| 69761 | McCandless, Pamela J. |
| 83537 | Montgomery-Budd, Angela EM |
| 76749 | Perri, Jacqueline |
| 32482 | Wankmiller, James J. |
| 45841 | Wenger, Patricia A. |
| 87007 | Woodruff, John Ralston |

DATE: 07/14/2015                PENNSYLVANIA CONTINUING LEGAL EDUCATION                PAGE: 16
TIME: 15:24:08                          NON-COMPLIANT LAWYERS                          USER ID:
jilgenfr

                                              ACTIVE

                                                                                      REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312014 GROUP 3, REINST FEE ASSESSED

Clarion                          208420   Pasekoff, David Gene

DATE: 07/14/2015          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 17
TIME: 15:24:08                    NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr

                                      ACTIVE

                                                                          REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312014 GROUP 3, REINST FEE ASSESSED

---

York                           93491   Pennell, Kimberly M.

DATE: 07/14/2015          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 18
TIME: 15:24:08                    NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr

                                      ACTIVE

                                                                          REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312014 GROUP 3, REINST FEE ASSESSED

Berks                              29035  Boyer, Brooke M.

DATE: 07/14/2015            PENNSYLVANIA CONTINUING LEGAL EDUCATION           PAGE: 19
TIME: 15:24:08                       NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr

                                          ACTIVE

                                                                             REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312014 GROUP 3, REINST FEE ASSESSED

---

Blair                           314732  Tanner, Seth Ellery

                                                    ACTIVE

                                                                                              REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312014 GROUP 3, REINST FEE ASSESSED

---

Washington                          22444   Brenner, Robert
                                    61686   Clingerman, Kristin Anne
                                    86220   McElrath Jr., Paul Walter

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312014 GROUP 3, REINST FEE ASSESSED

---

Lehigh                                    10283   Brown, Robert W.
                                          71843   Browne, Patrick M.
                                          85952   Scheinler, William Blair
                                         210191   Smith, Kathryn Rose

DATE: 07/14/2015        PENNSYLVANIA CONTINUING LEGAL EDUCATION        PAGE: 22
TIME: 15:24:08               NON-COMPLIANT LAWYERS             USER ID:
jilgenfr

                               ACTIVE

                                                      REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312014 GROUP 3, REINST FEE ASSESSED

Delaware

| | |
|---|---|
| 67083 | Anna, Amy Bosacco |
| 308214 | Ayyagari, Srinivas |
| 68382 | Barbero, Monice |
| 203744 | Benner, Brendan Paul |
| 202986 | Blease, Conrad Robert |
| 67472 | Canniff, Brian P. |
| 201727 | Davies, Corinne Collins |
| 49947 | DeLuca, Robert A. |
| 33925 | Elder, Richard Allen |
| 307915 | Garrity Sr., Keith Francis |
| 31171 | Giampietro, Michael F. |
| 91657 | Gribbin, Valerie A. |
| 312410 | Kassab Jr., Eric Christopher |
| 89411 | Kline, J. Kurtis |
| 42201 | Logan, Virginia A. |
| 64780 | Martinez, Zulma I. |
| 57422 | Nicolson, Cheryl M. |
| 53937 | Park, Barbara A. |
| 70926 | Restrepo, Catharine Maier |
| 33185 | Stagliano, Gregory Gerard |
| 153980 | Topolewski, Christopher J. |
| 32358 | White, Jo F. |
| 74362 | Williams, Scott Laurence |
| 45631 | Zahm, Joseph H. |

DATE: 07/14/2015　　　　　PENNSYLVANIA CONTINUING LEGAL EDUCATION　　　　　PAGE: 23
TIME: 15:24:08　　　　　　　　　　NON-COMPLIANT LAWYERS　　　　　　　　　USER ID:
jilgenfr

ACTIVE

REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312014 GROUP 3, REINST FEE ASSESSED

Beaver　　　　　　　　　　　　　79630　Askar, Joseph A.

DATE: 07/14/2015          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 24
TIME: 15:24:08                    NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr

                                       ACTIVE

                                                                           REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312014 GROUP 3, REINST FEE ASSESSED

---

Montgomery

| | |
|---|---|
| 22419 | Bihn III, George F. |
| 31162 | Block, Martha Magee |
| 50163 | Boyden, Kenneth J. D. |
| 88431 | Chandler, Heather |
| 16033 | Corbman, Scott K. |
| 202029 | Dorsey Jr., John James |
| 47556 | Dubow, Susan F. |
| 93602 | Duhan, Eliot D. |
| 34745 | Fonash III, John Joseph |
| 46631 | Horowitz, Richard Matthew |
| 205384 | Julie, Richard S. |
| 66484 | Kim, Kyong Taek |
| 85252 | Kuhn, Brian Charles |
| 90545 | LaBletta, Christian P. |
| 49205 | Lemonick, John D. |
| 78789 | Leyden, James Joseph |
| 31564 | Listenbee, Robert Lee |
| 54374 | Marcus, Robert B. |
| 76009 | Mascaro III, Joseph Patrick |
| 84651 | McCafferty, John M. |
| 203004 | McGohon, Mary Alison |
| 87417 | McNulty, Calvin John |
| 203346 | Miller, Christa M. |
| 201213 | Morinigo, Nicholas |
| 65199 | Rae, Stephen M. |
| 83416 | Reardon, John Patrick |
| 84573 | Richter, Jon Michael |
| 42951 | Rosen, Barry A. |
| 20571 | Schneider, Thomas Alan |
| 87181 | Sheinbach, Donna M. |
| 57144 | Singer, Sena |
| 208678 | Smith, Philip Michael |
| 63774 | Stein, Robert P. |
| 79044 | Stevens, Louis Brent |
| 54871 | Troiani, Michael J. |
| 94774 | Walker, Michael Anthony |
| 55813 | Wiley, Brian K. |

DATE: 07/14/2015          PENNSYLVANIA CONTINUING LEGAL EDUCATION         PAGE: 25
TIME: 15:24:08              NON-COMPLIANT LAWYERS         USER ID:
jilgenfr

                                  ACTIVE

                                                    REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312014 GROUP 3, REINST FEE ASSESSED

---

Franklin                       312554  Skaarup, Theodore Andrew

DATE: 07/14/2015
TIME: 15:24:08
jilgenfr

PENNSYLVANIA CONTINUING LEGAL EDUCATION
NON-COMPLIANT LAWYERS

PAGE: 26
USER ID:

ACTIVE

REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312014 GROUP 3, REINST FEE ASSESSED

Monroe                                      61773   DeStefano, Emanuele J.

DATE: 07/14/2015          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 27
TIME: 15:24:08                    NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr

                                        ACTIVE

                                                                          REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312014 GROUP 3, REINST FEE ASSESSED

Lackawanna                          72958   Burke, Timothy Christopher
                                   310194   Dempsey, Katharine
                                    41652   Manning, Brian E.

DATE: 07/14/2015          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 28
TIME: 15:24:08                 NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr

                                     ACTIVE

                                                                        REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312014 GROUP 3, REINST FEE ASSESSED

---

Clearfield                          55942   Noble, Theron G.

DATE: 07/14/2015                    PENNSYLVANIA CONTINUING LEGAL EDUCATION                PAGE: 29
TIME: 15:24:08                            NON-COMPLIANT LAWYERS                            USER ID:
jilgenfr

                                              ACTIVE

                                                                                          REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312014 GROUP 3, REINST FEE ASSESSED

Centre                              312588   Rohrbaugh, Matthew Emory
                                    310807   Westmore, Arthur James

DATE: 07/14/2015                     PENNSYLVANIA CONTINUING LEGAL EDUCATION                    PAGE: 30
TIME: 15:24:08                                NON-COMPLIANT LAWYERS                             USER ID:
jilgenfr

                                                     ACTIVE

                                                                                               REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312014 GROUP 3, REINST FEE ASSESSED

---

Butler                                    58449   Fischer, Matthew E.
                                          91240   Sweeney, Flora

DATE: 07/14/2015          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 31
TIME: 15:24:08                    NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr

                                       ACTIVE

                                                                          REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312014 GROUP 3, REINST FEE ASSESSED

---

Carbon                          90329   Lavelle, James Michael

DATE: 07/14/2015          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 32
TIME: 15:24:08                NON-COMPLIANT LAWYERS          USER ID:
jilgenfr

                                ACTIVE

                                                      REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312014 GROUP 3, REINST FEE ASSESSED

---

Montour                       307728   Finn, Michael Jerome

DATE: 07/14/2015       PENNSYLVANIA CONTINUING LEGAL EDUCATION      PAGE: 33
TIME: 15:24:08            NON-COMPLIANT LAWYERS            USER ID:
jilgenfr

                       ACTIVE

                                                          REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312014 GROUP 3, REINST FEE ASSESSED

Out Of State

| | |
|---|---|
| 55079 | Alfieri, Michael A. |
| 88130 | Arner, Bryan Vaughan |
| 309943 | Baker, Ethan David |
| 207345 | Balderson, Leshia Lynn |
| 48123 | Baltimore, Roderick Taylor |
| 84948 | Barber III, Oliver H. |
| 36394 | Berney, Elizabeth Ann |
| 86352 | Booth, Ian Patrick |
| 89701 | Boxer, John Thomas |
| 81238 | Brocco, Diana Rita |
| 202227 | Brown, Allison Meghan |
| 65926 | Brown, Edward Alan |
| 79406 | Burry, Douglas E. |
| 204981 | Carignan, Kathleen Clora |
| 45076 | Cassavell, Laura Wheeler |
| 82560 | Chatten, Mary Yanghee |
| 52996 | Costalas, George Kiricas |
| 88542 | Crawford, Elyse G. |
| 205228 | Crenshaw, Adrienne Nicole |
| 85348 | DePuydt, Brian Michael |
| 310310 | Desai, Rujul H |
| 84386 | DiCerbo, Nicholas Anthony |
| 22583 | Dicker, Sheryl |
| 91942 | Dolinsky, Jill |
| 79367 | Drescher, Ronald Jay |
| 57935 | Duffy Jr., Edward John |
| 312871 | Elias, Mazin Issam |
| 65932 | Fiol, Richard C. |
| 206088 | Flatch, Francis M. |
| 36086 | Folino, Anita B. |
| 210350 | Fox, Shawn Paul |
| 68699 | Gaines, Ludwig Peter |
| 56023 | Gentlesk II, Michael Louis |
| 312840 | Gilfillan, Curtis B. |
| 31656 | Gordon, Daniel A. |
| 308256 | Gordon, Michael Evan |
| 58634 | Gray, Gerard F |
| 42891 | Griffin, John J. |
| 310062 | Gross, David William |
| 308508 | Gulick, Stacey Lee |
| 84218 | Harrington, Lee |
| 92479 | Haskins, Tarik Jamal |
| 68087 | Haverly, Martin D. |
| 67523 | Healey, William Henry |
| 73937 | Hoffman, Lee D. |
| 02927 | Humenuk, William A. |
| 32108 | Johnson, Barbara Jane |
| 308235 | Jones, Ryan Michael |
| 312743 | Kanayan, Philip Martin |
| 52961 | Kariss, Richard C. |
| 312745 | Kelly, Crystal Lynn |
| 26201 | Kennedy, Thomas J. |
| 313398 | Kinvig, Cameron Winston |

DATE: 07/14/2015                   PENNSYLVANIA CONTINUING LEGAL EDUCATION                   PAGE: 34
TIME: 15:24:08                              NON-COMPLIANT LAWYERS                           USER ID:
jilgenfr

                                                  ACTIVE

                                                                                           REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312014 GROUP 3, REINST FEE ASSESSED

---

Out Of State( Continued )

| | |
|---|---|
| 70282 | Klein, Jonathan Samuel |
| 37658 | Law Jr., Stuart Allan |
| 307181 | Lee, James Ephraim |
| 202553 | Leon, Michael A |
| 313365 | Liptak, Thomas Edward |
| 61642 | Longo, Charles V. |
| 46130 | Lubeck, Joseph Gregory |
| 37927 | Lubimir, John Anton |
| 313171 | Lynch, Matthew Jon |
| 313758 | Lyness, Michael Joseph |
| 41973 | Mack, David Scott |
| 82728 | Manganello, Christopher M. |
| 28543 | Maute, Judith Lynne |
| 66831 | Mayers, Steven W. |
| 76504 | McAtee, Richard Scott |
| 62309 | McCune, Daniel L. |
| 89134 | McNulty, Thomas B. |
| 83133 | Meagher, Joseph Barry |
| 205878 | Mehta, Aneesh Ashish |
| 209152 | Messinger, Michael John |
| 90209 | Mies, Marcus J. |
| 203253 | Montgomery, Suzanne Dorothea |
| 58664 | Moran, Donald Robert |
| 84879 | Murphy, James E. |
| 43284 | Neumann, Jerry Mark |
| 70309 | O'Neill, Stephen Michael |
| 90839 | Oostdyk, Scott Charles |
| 51607 | Parchment, Evelyn Claire |
| 04983 | Pont, Gerald Paul |
| 88258 | Poplaski, Jason F. |
| 207548 | Pross, Christina Joy |
| 34038 | Resch, Kurt Michael |
| 205996 | Rheinstein, Jason Edward |
| 312879 | Richardson III, Ira Andre |
| 65325 | Rittenhouse, Daniel O'Malley |
| 71852 | Rohde, Eric Bideaux |
| 85113 | Rubine, Seth Brian |
| 88820 | Sanchez, Raphael A. |
| 68629 | Sattesahn, Keith R. |
| 45318 | Schoenbeck, Donna L. |
| 314987 | Shade, Jonea Maria |
| 74627 | Shea, John D. |
| 94109 | Slotsky, Karen Louise |
| 36265 | Spence, Stephen W. |
| 311897 | Speziali, Dominic Andrew |
| 313314 | Sullivan, Erin Mary |
| 87869 | Sunseri, Anthony C. |
| 310843 | Szubiak, Mark |
| 67568 | Tanenbaum, Jerry L. |
| 311046 | Tate Jr., Charles Louis |
| 309892 | Tetro, Ryan Joseph |
| 54869 | Thomas, Edward A. |
| 90050 | Torrontor, Cheryl Leslie |

DATE: 07/14/2015                    PENNSYLVANIA CONTINUING LEGAL EDUCATION                    PAGE: 35
TIME: 15:24:08                              NON-COMPLIANT LAWYERS                              USER ID:
jilgenfr

                                               ACTIVE

                                                                                              REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312014 GROUP 3, REINST FEE ASSESSED

---

Out Of State( Continued )      35399   Tullio, Christine C. A.
                               45372   Vassallo, Carol L.
                              308027   Velasquez, Joseph Navarro
                               89677   Warren Jr., Bruce K.
                               66706   Watkins-Hamilton, Myra Ann
                              308365   Watters, Andrew Scott
                              308468   Webster, Jason Charles
                               93800   Weisbrot, Steven M
                               61386   Williams, Glenn L.
                               26007   Wilson, William T.
                              201560   Work, John Vernon
                               88177   Zabokritsky, Florence Daniela


            COUNT OF ATTORNEYS FOR ACTIVE   STATUS IS 384


        TOTALS PER COUNTY:

                Philadelphia                78
                Lancaster                    4
                Northampton                  1
                Allegheny                   37
                Erie                         1
                Bucks                        9
                Northumberland               1
                Cumberland                   9
                Westmoreland                 5
                Luzerne                      5
                Dauphin                      9
                Greene                       1
                Fayette                      2
                Chester                     19
                Clarion                      1
                York                         1
                Berks                        1
                Blair                        1
                Washington                   3
                Lehigh                       4
                Delaware                    24
                Beaver                       1
                Montgomery                  37
                Franklin                     1
                Monroe                       1
                Lackawanna                   3
                Clearfield                   1
                Centre                       2
                Butler                       2
                Carbon                       1
                Montour                      1
                Out Of State               118

DATE: 07/14/2015                    PENNSYLVANIA CONTINUING LEGAL EDUCATION                    PAGE: 36
TIME: 15:24:08                              NON-COMPLIANT LAWYERS                          USER ID:
jilgenfr

                                                   ACTIVE

                                                                                          REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312014 GROUP 3, REINST FEE ASSESSED

TOTAL NUMBER OF LAWYERS REPORTED:        384